```
1  Gerald N. Sims (Cal. Bar No. 99133)
   Jennifer E. Duty (Cal. Bar No. 245308)
2  PYLE SIMS DUNCAN & STEVENSON
   A Professional Corporation
3  401 "B" Street, Suite 1500
   San Diego, CA 92101-4238
4  Telephone:  (619) 687-5200
   Facsimile:   (619) 687-5210
5
   Attorneys for Creditor BETA Risk Management Authority
6
```

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 13-01179-M11 |
| SAN DIEGO HOSPICE & PALLIATIVE CARE CORPORATION, | REQUEST FOR SPECIAL NOTICE |
| Debtor. | |

Pursuant to Bankruptcy Rules 2002 and 9010, creditor BETA Risk Management Authority ("BETARMA") requests that all matters that must be noticed to creditors and any other parties in interest whether sent by the Court, the Debtor, the Trustee or any other party in the case, be served upon the following:

```
Gerald N. Sims, Esq.
Jennifer E. Duty, Esq.
Pyle Sims Duncan & Stevenson
A Professional Corporation
401 "B" Street, Suite 1500
San Diego, CA  92101-4238
Phone (619) 687-5200
Facsimile (619) 687-5210
jerrys@psdslaw.com
jduty@psdslaw.com
```

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, statements of affairs, operating reports, schedule of assets and liabilities, whether formal or informal,

1

whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that (1) affects or seeks to affect in any way any rights or interest of any creditor or party-in-interest in this case, including BETA<span style="font-variant:small-caps">RMA</span> with respect to (a) the debtor, (b) property of the debtor's estate, or proceeds thereof, in which the debtor may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the debtor may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct by BETA<span style="font-variant:small-caps">RMA</span>.

**PLEASE TAKE FURTHER NOTICE,** that BETA<span style="font-variant:small-caps">RMA</span> intends that neither this Request nor any later appearance, pleading, claim or suit shall waive (1) the right of BETA<span style="font-variant:small-caps">RMA</span> to have final orders in noncore matters entered only after <u>de novo</u> review by a District Judge; (2) the right of BETA<span style="font-variant:small-caps">RMA</span> to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) the right of BETA<span style="font-variant:small-caps">RMA</span> to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which BETA<span style="font-variant:small-caps">RMA</span> is or may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments BETA<span style="font-variant:small-caps">RMA</span> expressly hereby preserves and asserts in these cases.

**PLEASE TAKE FURTHER NOTICE,** that BETA<span style="font-variant:small-caps">RMA</span> DOES NOT grant authority to the undersigned to be its agent for service of process with respect to any adversary proceeding in the case. BETA<span style="font-variant:small-caps">RMA</span> expressly states that the undersigned has no authority to accept service of process of any adversary proceeding in this case under, <u>inter alia</u>, Bankruptcy Rule 7004 and that any summons or complaint must be served directly upon BETA<span style="font-variant:small-caps">RMA</span>.

Dated: May 8, 2013

PYLE SIMS DUNCAN & STEVENSON
A Professional Corporation

By: /s/ Gerald N. Sims
    Gerald N. Sims, Attorneys for Creditor
    BETA Risk Management Authority

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

In re SAN DIEGO HOSPICE & PALLIATIVE CARE CORPORATION
Bankruptcy Case No. 13-01779-M11

**CERTIFICATE OF SERVICE**

    I, the undersigned, declare: I am and was at the time of the service of the papers herein referred over the age of 18 years and not a party to the action; my business address appears below. I am a resident of or am employed in San Diego County.

    On May 8, 2013, a true copy of the within

**REQUEST FOR SPECIAL NOTICE**

was served as follows:

    __X__ **BY THE COURT VIA NEF**: Pursuant to controlling General Order(s) and in accordance with the Administrative Procedures and Guidelines for Electronic Filing, the foregoing document(s) will be served by the Court via Notice of Electronic Filing ("NEF") and hyperlink to the document. On May 8, 2013, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and the persons listed on the attachment here are on the Electronic Mail List to receive NEF transmission at the email address listed.

    I declare under penalty of perjury that the foregoing is true and correct. Executed on May 8, 2013, in San Diego, California.

    /s/ Bonnie Connolly
    Bonnie Connolly
    PYLE SIMS DUNCAN & STEVENSON
    401 "B" Street Suite 1500
    San Diego CA 92101

# Mailing Information for Case 13-01179-MM11

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Everett G. Barry    ebarry@mulvaneybarry.com, gcurtis@mulvaneybarry.com;ktran@mulvaneybarry.com
- Jess R. Bressi    jbressi@mckennalong.com
- Jeffrey D. Cawdrey    jcawdrey@gordonrees.com, ebojorquez@gordonrees.com;slemos@gordonrees.com
- William R. Cumming    cumming@cummingandassociateslaw.com
- Joseph R. Dunn    jrdunn@mintz.com, tlmayo@mintz.com;jadavis@mintz.com;aobrient@mintz.com;dsjohnson@mintz.com;docketing@mintz.com
- Amir Gamliel    agamliel@perkinscoie.com
- Janet D. Gertz    jgertz@cooley.com
- Haeji Hong    Haeji.Hong@usdoj.gov, USTP.Region15@usdoj.gov,tiffany.l.carroll@usdoj.gov
- Jeffrey Isaacs    jeffrey.isaacs@procopio.com, gpk@procopio.com;kristina.terlaga@procopio.com;lenore.joseph@procopio.com
- Jeffrey Kandel    jkandel@pszjlaw.com
- Teddy Kapur    tkapur@pszjlaw.com
- Andy Kong    Kong.Andy@ARENTFOX.COM
- K Kenneth Kotler    kotler@kenkotler.com
- Kristin Lamar    klamarecf01@gmail.com,NChawlaecf01@gmail.com,IGN@NewChapterLaw.com,ecf@NewChapterLaw.com
- Paul J Leeds    leedsp@higgslaw.com, reisingc@higgslaw.com
- Samuel R. Maizel    smaizel@pszjlaw.com, mkulick@pszjlaw.com
- Elaine Nguyen    Elaine@wsrlaw.net, megan@wsrlaw.net;tdorros@mrllp.com;Blake@lawbl.com
- Martin W. Phillips    marty.phillips@att.net
- Kelly Ann Mai Khanh Tran    ktran@mulvaneybarry.com, lbrayton@mulvaneybarry.com
- Matthew Troy    Matthew.Troy@usdoj.gov
- United States Trustee    ustp.region15@usdoj.gov
- Stacie Yee    stacie.yee@squiresanders.com, Bradley.Cosman@squiresanders.com;derek.judd@squiresanders.com