# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

# Minute Order

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | SAN DIEGO HOSPICE & PALLIATIVE CARE CORPORATION |
| **Case Number:** | 13-01179-MM11 **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, SEPTEMBER 04, 2013 10:00 AM   DEPARTMENT 1 |
| **Bankruptcy Judge:** | MARGARET M. MANN |
| **Courtroom Clerk:** | GREGG ROBINSON |
| **Reporter / ECR:** | KAREN CARTER |

## *Matters:*

1) MOTION ALLOWING ADMINISTRATIVE EXPENSE CLAIM FILED BY CARDINAL HEALTH 110, INC.

2) MOTION FOR APPROVAL OF CHAPTER 11 PLAN FILED BY DEBTOR

## *Appearances:*

JEFFREY ISAACS & GERALD KENNEDY, ATTORNEY FOR SAN DIEGO HOSPICE & PALLIATIVE CARE
HAEJI HONG, ATTORNEY FOR U.S. TRUSTEE
JEFF KANDEL, ATTORNEY FOR O.C.C. - Telephonic
MATTHEW TROY, ATTORNEY FOR DEPARTMENT OF HEALTH & HUMAN SERVICES - Telephonic
BLAKE LINDEMANN, SCOTTA MCFARLAND, ATTORNEY FOR O.C.C.
KELLY TRAN, ATTORNEY FOR WELLS FARGO BANK
STEPHANIE NUNEZ, ATTORNEY FOR SCRIPPS HEALTH

## *Disposition:*

1) Tentative Ruling as issued is the order of the court.  Appearances waived
2) Plan confirmed.  Order to be prepared and submitted by Mr. Isaacs.