CSD 1182 [07/01/18]

Name, Address, Telephone No. & I.D. No.

Jeffrey P. Nolan  (CA Bar No. 158923)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Flooor
Los Angeles, CA  90067
Telephone: (310) 277-6910; Facsimile:  (310) 201-0760
Email:  jnolan@pszjlaw.com

Attorneys for Richard M Kipperman

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

SAN DIEGO HOSPICE & PALLIATIVE CARE CORPORATION,

Tax I.D.(EIN)#: 95-3125765      /S.S.#:XXX-XX-_____   Debtor.

BANKRUPTCY NO. 13-01179-MM1

**NOTICE OF MOTION FOR** ENTRY OF A FINAL DECREE

TO:  ALL PARTIES IN INTEREST

You are herewith served with the attached Motion by  Liquidating Trustee , Movant, for: ENTRY OF A FINAL DECREE CLOSING THE CASE.

and any accompanying declarations.

If you object to the Court granting the relief requested in the Motion:

1. **You are required** to obtain a hearing date and time from the appropriate Courtroom Deputy for the judge assigned to this bankruptcy case. Determine which deputy to call by looking at the Bankruptcy Case No. in the above caption of this notice. If the case number is followed by the letters:

    - MM  -  call (619) 557-7407  -  DEPARTMENT ONE (Room 218)
    - LA  -  call (619) 557-6594  -  DEPARTMENT TWO (Room 118)
    - LT  -  call (619) 557-6018  -  DEPARTMENT THREE (Room 129)
    - CL  -  call (619) 557-6019  -  DEPARTMENT FIVE (Room 318)

2. **Within fourteen (14)[1] days from the date of service of the motion**, you are further required to serve a copy of your **Declaration in Opposition to Motion** and separate **Request and Notice of Hearing** [Local Form CSD 1184[2]] upon the undersigned moving party, together with any opposing papers. The opposing declaration must be signed and verified in the manner prescribed by FRBP 9011, and the declaration must:

---

[1] Depending on how you were served, you may have additional time for response. See FRBP 9006.

[2] You may obtain Local Form CSD 1184 from the office of the Clerk of the U.S. Bankruptcy Court.

**[Continued on Page 2]**

CSD 1182



      a.    identify the interest of the opposing party; and

      b.    state, with particularity, the grounds for the opposition.

3.    **You must** file the original and one copy of the Declaration and Request and Notice of Hearing with proof of service with the Clerk of the U.S. Bankruptcy Court at 325 West F Street, San Diego, California 92101-6991, no later than the next business day following the date of service.

**If you fail to serve your "Declaration in Opposition to Intended Action" and "Request and Notice of Hearing"** within the 14-day[1] period provided by this notice, **no hearing will take place**, you will lose your opportunity for hearing, and the debtor or trustee may proceed to take the intended action.

DATED: June 21, 2019

                /s/ Jeffrey P. Nolan
                Attorney for Moving Party
                Jeffrey P. Nolan

### CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all relevant times was, more than 18 years of age;

That on the 21st day of June, 2019, I served a true copy of the within NOTICE OF MOTION, together with the following pleadings [describe any other papers] on the following persons listed below by the mode of service shown below:

List additional papers: MOTION FOR ENTRY OF FINAL DECREE CLSOING THE CHAPTER 11 CASES; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF RICHARD M KIPPERMAN IN SUPPORT THEREOF

1.    **To Be Served by the Court via Notice of Electronic Filing ("NEF"):**

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On June 21, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

☒    Attorney for Debtor (or Debtor), if required:

☐    Chapter 7 Trustee:

☒
| For Chpt. 7, 11, & 12 cases: | ☐ For ODD numbered Chapter 13 cases: | ☐ For EVEN numbered Chapter 13 cases: |
|---|---|---|
| UNITED STATES TRUSTEE<br>ustp.region15@usdoj.gov | THOMAS H. BILLINGSLEA, JR., TRUSTEE<br>Billingslea@thb.coxatwork.com | DAVID L. SKELTON, TRUSTEE<br>admin@ch13.sdcoxmail.com<br>dskelton13@ecf.epiqsystems.com |



CSD 1182

**CSD 1182 (Page 3)** [07/01/18]

2. **Served by United States Mail**:

On June 21, 2019, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

☐ Attorney for Debtor (or Debtor), if required:

Via U.S. Mail.  See attached service list

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

☐ Attorney for Debtor (or Debtor), if required:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on  June 21, 2019              /s/ Myra Kulick
                                        (Typed Name and Signature)

                                        10100 Santa Monica Blvd., 13th Floor
                                        (Address)

                                        Los Angeles, CA 90067
                                        (City, State, ZIP Code)

CSD 1182



**In re San Diego Hospice & Palliative Care Corporation
Case No. 13-01179 (MM11)
2002 Service List**

**Debtor's Counsel**
Jeffrey Isaacs, Esq.
Procopio, Cory, Hargreaves & Savitch
525 B. Street, Suite 2200
San Diego, CA 92101

Liquidating Trustee
Richard M Kipperman
Corporate Management, Inc.
PO Box 3010
La Mesa, CA 91944.3010

**Requests for Special Notice**

Janine Sarti on behalf of Creditor Palomar Health
Palomar Health Legal Services Dept
15255 Innovation Drive
San Diego, CA 92128

Matthew J. Troy, Esq.
U.S. Dept. of Justice Civil Division
P.O. Box 857
Ben Franklin Station
Washington, DC 20044-085

GaryW. Marsh, Esq.
McKenna Long & Aldridge LLP
303 Peachtree St., N.E, Suite 5300
Atlanta, GA 30308

Jo Anne Bilodeau
7727 Tommy Street, Apt. 21
San Diego, CA 92119

Outcome Resources LLC
Attn: Martin McDonough, CEO
2210 Plaza Dr. #300
Rocklin, CA 95765

Office of the U.S. Trustee
402 West Broadway, Suite 600
San Diego, CA 92101-85112

Internal Revenue Service
Post Office Box 7346
Philadelphia, PA 19101-7346

Chief, Special Procedure Section – Insolvency
P.O. Box30213
Laguna Niguel, CA 92607-0213

John S. Kaplan, Esq.
Perkins Coie LLP
1201 Third Avenue, 48th Floor
Seattle, WA 98101-3099

Jo Anne Bilodeau
7727 Tommy St., Apt. 21
San Diego, CA 92119

John S. Kaplan
Perkins Coie LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067

David E. Gordon, Esq.
McKenna Long & Aldridge LLP
303 Peachtree St., N.E, Suite 5300
Atlanta, GA 30308

Robert Hirsh
Arent Fox
1675 Broadway
New York, NY 10019

Departure
427 C Street, Suite 406
San Diego, CA 92101

Debtor
San Diego Hospice & Palliative Care Corporation
4311 Third Avenue
San Diego CA 92103

Internal Revenue Service
Insolvency Group 1
880 Front Street
San Diego, CA 92101

U.S. Department of Justice
Tax Division
Civil Trial Section, Western Division
P.O. Box 683, Ben Franklin Station
Washington, DC 20044

Susan Dukes
2120 Estela Drive
El Cajon, CA 92020

Attorneys for Connecticut General Life Insurance Co
Janet D. Gertz
Cooley LLP
4401 Eastgate Mall
San Diego, CA 92121

Jeffrey C. Wisler
Connolly Gallagher LLP
1000 West St., Ste. 1400
Wilmington, DE 19801

Sandra J. Titschler
9221 Lake Country Drive
Santee, CA 92071

Gerald N. Sims, Esq.
Jennifer E. Duty, Esq.
Pyle Sims Duncan & Stevenson
401 "B" Street, Suite 1500
San Diego, CA 92101-4238

GlenBrook Skilled Nursing
Attn: Darolyn Jorgensen-Kares
1950 Calle Barcelona
Carlsbad, CA 92009

2

| | |
|---|---|
| Brookwood Crossroads Investors, LLC<br>Attn: Evelyn M. Murphy<br>72 Cherry Hill Drive<br>Beverly, MA 01915 | Medline Industries, Inc.<br>Attn: Shane Reed<br>1 Medline Place<br>Mundelein, IL 60060 |