**CSD 1182** [07/01/18]

Name, Address, Telephone No. & I.D. No.

Jeffrey P. Nolan (CA Bar No. 158923)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., Suite 1300
Los Angeles, CA  90067-4003
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail:  jnolan@pszjlaw.com
Attorneys for Liquidating Trustee

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
**SAN DIEGO HOSPICE & PALLIATIVE CARE CORPORATION**

Tax I.D.(EIN)#:_____   /S.S.#:XXX-XX-_____   Debtor.

BANKRUPTCY NO. 13-01179-MM11

## AMENDED NOTICE OF MOTION FOR APPLICATION TO (1) REOPEN CHAPTER 11 CASE, (II) APPOINT SUCCESSOR TRUSTEE, AND (III) IMMEDIATELY CLOSE CHAPTER 11 CASE

TO:  THE HONORABLE MARGARET M. MANN, UNITED STATES BANKRUPTCY JUDGE AND THE OFFICE OF THE UNITED STATES TRUSTEE

You are herewith served with the attached Motion by __Liquidating Trustee__, Movant, for: Application to (I) Reopen Chapter 11 Case, (II) Appoint Successor Trustee, and (III) Immediately Close Chapter 11 Case

and any accompanying declarations.

If you object to the Court granting the relief requested in the Motion:

1. **You are required** to obtain a hearing date and time from the appropriate Courtroom Deputy for the judge assigned to this bankruptcy case. Determine which deputy to call by looking at the Bankruptcy Case No. in the above caption of this notice.  If the case number is followed by the letters:

   - MM - call (619) 557-7407 - DEPARTMENT ONE (Room 218)
   - LA - call (619) 557-6594 - DEPARTMENT TWO (Room 118)
   - LT - call (619) 557-6018 - DEPARTMENT THREE (Room 129)
   - CL - call (619) 557-6019 - DEPARTMENT FIVE (Room 318)

2. **Within fourteen (14)[1] days from the date of service of the motion**, you are further required to serve a copy of your **Declaration in Opposition to Motion** and separate **Request and Notice of Hearing** [Local Form CSD 1184[2]] upon the undersigned moving party, together with any opposing papers.  The opposing declaration must be signed and verified in the manner prescribed by FRBP 9011, and the declaration must:

---

[1] Depending on how you were served, you may have additional time for response. See FRBP 9006.

[2] You may obtain Local Form CSD 1184 from the office of the Clerk of the U.S. Bankruptcy Court.

**CSD 1182** <span style="float:right">[Continued on Page 2]</span>

CSD 1182 (Page 2) [07/01/18]

        a.    identify the interest of the opposing party; and

        b.    state, with particularity, the grounds for the opposition.

3.    **You must** file the original and one copy of the Declaration and Request and Notice of Hearing with proof of service with the Clerk of the U.S. Bankruptcy Court at 325 West F Street, San Diego, California 92101-6991, no later than the next business day following the date of service.

**If you fail to serve your "Declaration in Opposition to Intended Action" and "Request and Notice of Hearing"** within the 14-day[1] period provided by this notice, **no hearing will take place**, you will lose your opportunity for hearing, and the debtor or trustee may proceed to take the intended action.

DATED: August 9, 2022

_____
Attorney for Moving Party

**CERTIFICATE OF SERVICE**

I, the undersigned whose address appears below, certify:

That I am, and at all relevant times was, more than 18 years of age;

That on the 9th day of August, 2022, I served a true copy of the within NOTICE OF MOTION, together with the following pleadings [describe any other papers] on the following persons listed below by the mode of service shown below:

List additional papers:

1.    **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On August 9, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

☐ Attorney for Debtor (or Debtor), if required:

See attached service list

☐ Chapter 7 Trustee:

☐ For Chpt. 7, 11, & 12 cases:
UNITED STATES TRUSTEE
ustp.region15@usdoj.gov

☐ For ODD numbered Chapter 13 cases:
THOMAS H. BILLINGSLEA, JR., TRUSTEE
Billingslea@thb.coxatwork.com

☐ For EVEN numbered Chapter 13 cases:
DAVID L. SKELTON, TRUSTEE
admin@ch13.sdcoxmail.com
dskelton13@ecf.epiqsystems.com

CSD 1182

CSD 1182 (Page 3) [07/01/18]

2. **Served by United States Mail:**

On _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

☐    Attorney for Debtor (or Debtor), if required:

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail:**

Under Fed.R.Civ.P.5 and controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

☐    Attorney for Debtor (or Debtor), if required:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on   August 9, 2022

Rolanda Mori
(Typed Name and Signature)

10100 Santa Monica Blvd., 13th Floor
(Address)

Los Angeles, CA  90067
(City, State, ZIP Code)

CSD 1182

SERVICE LIST

- Steven M. Berman    sberman@shumaker.com
- Michael D. Breslauer    mbreslauer@swsslaw.com, wyones@swsslaw.com
- Jess R. Bressi    jess.bressi@dentons.com, kimberly.sigismondo@dentons.com
- Jeffrey D. Cawdrey    jcawdrey@gordonrees.com, sdurazo@grsm.com
- Steven T. Coopersmith    stc@stevecoopersmithlaw.com, kelly@stevecoopersmithlaw.com;psg@stevecoopersmithlaw.com
- Joseph R. Dunn    jrdunn@mintz.com, aobrient@mintz.com;docketing@mintz.com
- Jeffrey I Golden    jgolden@wgllp.com
- Thomas B. Gorrill    tom@gorillalaw.com, r53431@notify.bestcase.com
- Gail Higgins    ghigginse@aol.com
- William C Hoggard    admin@wchlawgroup.com
- Haeji Hong    Haeji.Hong@usdoj.gov, USTP.Region15@usdoj.gov,tiffany.l.carroll@usdoj.gov
- Jeffrey Isaacs    Jeffrey.isaacs.mediator@gmail.com
- Jeffrey Kandel    jkandel@pszjlaw.com
- Jeffrey Kandel    jkandel@pszjlaw.com
- Teddy Kapur    tkapur@pszjlaw.com
- Grant C. Keary    gck@dlklaw.com
- L. Scott Keehn    scottk@keehnlaw.com
- Scott Keehn    scottk@keehnlaw.com, scottk@keehnlaw.com;admin@keehnlaw.com
- Gerald P. Kennedy    gerald.kennedy@procopio.com, kristina.terlaga@procopio.com;calendaring@procopio.com
- Richard M Kipperman    Rmk@corpmgt.com, ca82@ecfcbis.com
- Dean T. Kirby    dkirby@kirbymac.com, jwilson@kirbymac.com;rrobinson@kirbymac.com;Jacquelyn@ecf.inforuptcy.com
- Andy Kong    Kong.Andy@ARENTFOX.COM
- K Kenneth Kotler    kotler@kenkotler.com
- Kristin Lamar    klamarecf01@gmail.com,NChawlaecf01@gmail.com,NewChapterLawGroup@jubileebk.net
- Lynne R. Lasry    llasry@sllbv.com
- Paul J Leeds    Pleeds@fsl.law, ssanchez@fsl.law
- Blake Lindemann    blake@lawbl.com
- Elaine Nguyen    , tdorros@dorroslaw.com;Blake@lawbl.com
- Jeffrey P. Nolan    jnolan@pszjlaw.com
- Martin W. Phillips    marty.phillips@att.net
- Gerald N. Sims    jerrys@psdslaw.com, bonniec@psdslaw.com
- Kelly Ann Mai Khanh Tran    kelly@smalllawcorp.com
- Matthew Troy    Matthew.Troy@usdoj.gov
- United States Trustee    ustp.region15@usdoj.gov
- Helen Yang    Helen.Yang@squiresanders.com
- Stacie Yee    stacie.yee@squirepb.com